HENRY A. FISCHER, JR., Appellant, v. BROCKWAY COMPANY, Respondent.—

Bergan, P. J., Gibson, Herlihy and Reynolds, JJ. concur.